**ORIGINAL**

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

THOMAS J. BRADY #4472
Chief, Criminal Division

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 14 2018

at 7 o'clock and 05 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 18-0130 KSC |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| vs. | ) | |
| | ) | |
| FELINA S. SALINAS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CRIMINAL COMPLAINT**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about February 13, 2018, in the District of Hawaii, the defendant, FELINA S. SALINAS, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000 in currency, namely approximately $335,000 in United States dollars and $9,000 in Australian dollars, in an article of luggage and did attempt to transport such currency from a place within the United States to a place outside the United States.

All in violation of Title 31, United States Code, Section 5332(a).

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations. This Complaint is based on the following affidavit which is attached hereto and incorporated herein.

Dated: February 14, 2018, at Honolulu, Hawaii.

_____
ANN MYLENE HANEY
Special Agent,
Department of Homeland Security
Homeland Security Investigations

Subscribed to and sworn to before me
This 14th day of February, 2018:

_____
RICHARD L. PUGLISI
United States Magistrate Judge
District of Hawaii

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Ann Mylene Haney, after being duly sworn, deposes and states as follows:

1. I am an ICE/HSI Special Agent currently assigned to the Immigration & Customs Enforcement (ICE), Homeland Security Investigations (HSI), Border Enforcement Security Taskforce (BEST), Special Agent in Charge Honolulu Office, in Honolulu, Hawaii.

2. This affidavit is in support of a criminal complaint charging Felina Sabino SALINAS with a Bulk Cash Smuggling violation, in violation of Title 31, United States Code, Section 5332(a). This affidavit is intended only to establish that there is probable cause to conclude that Ms. SALINAS committed the aforementioned offense and is based upon my personal knowledge, and information furnished to me by other federal and state law enforcement officers. This affidavit does not set forth all of my knowledge about this matter.

3. On February 13, 2018, Customs and Border Protection Officers (CBPO) were conducting an outbound inspection of a private jet, #N425PQ/C-680, located at the Honolulu International Airport, Signature Flight Support located at 98 Kapalulu Place, Honolulu, Hawaii 96819. The plane was en route to the Philippines, carrying two crewmembers and four passengers. All passengers and crewmen were escorted to the Signature Flight Support lounge area. CBPO Joseph Barino provided the passengers a CBP Currency Reporting Form. A passenger later identified as Felina Sabino SALINAS declared she was carrying $40,000.00 in U.S. Currency via CBP Currency Reporting Form. Accordingly, CBPO Wendy Lau-Castro provided SALINAS a FinCEN Form 105 to complete. SALINAS completed the FinCEN form and declared $40,000.00 U.S. Currency and 1,000 Philippines pesos.

4. Supervisory CBP Officer (SCBPO) Ernest Durante and CBPO Lau-Castro then inspected a black rolling carryon bag located inside the plane and later observed numerous black socks that were neatly bundled. SCBPO Durante and CBPO Lau-Castro opened multiple bundles of socks and observed stacks of $100.00 bills contained within the socks. SCBPO Durante then stopped the inspection and secured the plane. SCBPO Durante then notified Homeland

3

Security Investigations (HSI) Honolulu Border Enforcement Security Task Force (BEST) Group Special Agents (SA) Ann Mylene Haney (the undersigned affiant) and James Chambers of the aforementioned information.

5. SA Haney and SA Chambers arrived at Signature Flight Control and boarded the plane. SCBPO Durante showed the agents the black rolling carryon bag that contained the currency. SA Chambers and SA Haney then instructed SCBPO Durante to complete their outbound inspection of the plane.

6. CBPO Barino and SCBPO Durante later asked the passengers identify their luggage/baggage. At that time, Ms. SALINAS positively identified a blue purse, the aforementioned black rolling carryon bag that contained the currency, and a red backpack as her property. SCBPO Durante and CBPO Barino later transported the aforementioned property to the HSI Honolulu BEST Group Office located at the Honolulu International Airport.

7. SCBPO Durante and CBPO Barino later counted the currency located inside the black rolling carryon bag. The total amount located inside the black rolling carryon bag was $335,000.00 U.S. dollars, and $9,000.00 Australian dollars. None of that money was reported by Ms. SALINAS to the CBPO as required by Title 31, United States Code, Section 5316.

8. Based on the foregoing, I believe there is probable cause to conclude that Felina Sabino SALINAS committed the offense of attempted bulk cash smuggling out of the United States in violation of Title 31, United States Code, Section 5332(a).

FURTHER AFFIANT SAYETH NAUGHT.

ANN MYLENE HANEY
Special Agent, HSI

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at:

__0900__ a.m. on February 14, 2018.

Subscribed and Sworn to Before Me,
this 14th Day of February 2018.

_____
HONORABLE RICHARD L. PUGLISI
United States Magistrate Judge